IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALMAC CLINICAL SERVICES, LLC, et al. | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 16-4896 |
| AERI PARK, et al. | : | |

## ORDER

AND NOW, this 11th day of October, 2016, upon consideration of plaintiffs' motion for a preliminary injunction (Dkt. No. 2), defendants' letter response (Dkt. No. 8), plaintiffs' supplemental memorandum of law in support (Dkt. No. 20) and defendants' response in opposition (Dkt. No. 19), and following an evidentiary hearing on October 5, 2016 and an oral argument on October 6, 2016, it is ORDERED that the motion is DENIED.

It is further ORDERED that plaintiffs' motion in limine to preclude evidence relating to Dr. Park's employment with non-parties (Dkt. No. 21) is GRANTED.

It is further ORDERED that defendants' oral request to submit certain deposition designations into evidence is DENIED AS MOOT.

　　　　　　　　　　　　　　　　　　　　　　　　 /s Thomas N. O'Neill, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS N. O'NEILL, JR., J.